

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00140-CV

| | | |
|---|---|---|
| Maria Santana | § | From the 233rd District Court |
| | § | of Tarrant County (233-517686-12) |
| v. | | |
| | § | January 21, 2016 |
| Anthony Santana | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Maria Santana shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Sue Walker_____
    Justice Sue Walker